# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT N. PECCOLE; AND NANCY A. PECCOLE,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE DOUGLAS SMITH, DISTRICT JUDGE,
Respondents,
and
CITY OF LAS VEGAS; FORE STARS, LTD.; 180 LAND CO., LLC; SEVENTY ACRES, LLC; EHB COMPANIES, LLC; YOHAN LOWIE; VICKIE DEHART; AND FRANK PANKRATZ,
Real Parties in Interest.

No. 71608

FILED

DEC 1 6 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF PROHIBITION*

This original petition for a writ of prohibition challenges the respondent district court's jurisdiction to decide a pending motion to dismiss filed by the defendants who remain parties below.

Having considered the petition and appendix, we conclude that petitioners have not demonstrated that a writ of prohibition is warranted. NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228-29, 88 P.3d 840, 844 (2004). Appeals from interlocutory orders do not divest the district court of jurisdiction over the case or to resolve matters

16-39116

that do not affect the appeal's merits. *Mack-Manley v. Manley*, 122 Nev. 849, 855, 138 P.3d 525, 529-30 (2006); *Hanley v. Zenoff*, 81 Nev. 9, 13, 398 P.2d 241, 243 (1965). Accordingly, we

ORDER the petition DENIED.

_____ , J.
Cherry

_____ , J.
Douglas

_____ , J.
Gibbons

cc:    Hon. Douglas Smith, District Judge
       Peccole & Peccole
       Las Vegas City Attorney
       The Jimmerson Law Firm, P.C
       Sklar Williams LLP
       EHB Companies, LLC
       Eighth District Court Clerk